NEW ENGLAND SAVINGS BANK *v.* STEPHEN KRIJGER, ADMINISTRATOR (ESTATE OF MARINUS KRIJGER) (12522)

LAVERY, LANDAU and SCHALLER, Js.

Argued February 16—decision released March 8, 1994

*Stephen Krijger,* pro se, the appellant (defendant).
*Edward B. O'Connell,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.